**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. H. SWITZER, et al,<br><br>　　　　Defendants. | NO. CV 21-1398-SVW (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss the First Amended Complaint (the "Motion") and related briefing, all of the records herein, the September 27, 2021 Report and Recommendation of United States Magistrate Judge (the "Report"), and Plaintiff's Objections to Magistrate Judge's Report and Recommendations (the "Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. The Court concludes that the arguments presented in the Objections do not affect or alter the analysis and conclusions set forth in the Report.

//

//

Accordingly, IT IS ORDERED that: (1) Defendants' Motion is GRANTED; (2) Plaintiff's Eighth Amendment claim (Claim Two) against Defendants Sindel and Switzer is DISMISSED without leave to amend; and (3) Plaintiff's Fourteenth Amendment claim (Claim Three) against Defendant Lam is DISMISSED without leave to amend.

DATED: February 1, 2022

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE